S. BRETT SUTTON, 143107
SUSAN K. HATMAKER, 172543
LAURIAN C. EWBANK, 240217
SUTTON HATMAKER LAW CORPORATION
6715 North Palm Avenue, Suite 214
Fresno, California 93704
Telephone: (559) 449-1888
Facsimile: (559) 449-0177

Attorneys for Plaintiff
GINA JULIANO

DAVID R. MCNAMARA, 133302
MCCORMICK, BARSTOW,
SHEPPARD, WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant
WILKS BROADCAST-FRESNO, LLC, a
Delaware Limited Liability Company; JEFF
WILKS, JEFF SANDERS, KEVIN
O'RORKE and LEE KILLIAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
* * * *

| | |
|---|---|
| GINA JULIANO, an individual, residing in California,<br><br>            Plaintiff,<br><br>     v.<br><br>WILKS BROADCASTING GROUP, LLC, a business organization, form unknown; WILKS BROADCAST-FRESNO, LLC, a Delaware limited liability company; JEFF WILKS, an individual residing in Georgia; JEFF SANDERS, an individual residing in North Carolina; KEVIN O'RORKE, an individual residing in California, LEE KILLIAN, an individual residing in California; and DOES 1 through 50, inclusive, Defendants.,<br><br>            Defendant. | Case No. 1:07-CV-00527-AWI-SMS<br><br>**JOINT STIPULATION TO DISMISS THE FIRST, FIFTH, SIXTH, SEVENTH, EIGHTH, NINTH AND TENTH CAUSES OF ACTION IN PLAINTIFF GINA JULIANO'S FIRST AMENDED COMPLAINT AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED THAT:

Plaintiff, GINA JULIANO ("JULIANO" or "Plaintiff") and Defendants, WILKS BROADCAST-FRESNO, LLC ("WILKS-FRESNO"), JEFF WILKS ("WILKS"), JEFF SANDERS also known as JEFF BECKERMAN ("SANDERS"), KEVIN O'RORKE ("O'RORKE"), and LEE KILLIAN ("KILLIAN") (collectively referred to herein as Defendants) by and through their respective attorneys of record, hereby stipulate and agree to allow JULIANO to dismiss the First, Fifth, Sixth, Seventh, Eighth, Ninth and Tenth Causes of Action in Plaintiff's First Amended Complaint with prejudice. The

Parties further stipulate and agree that each party shall be responsible for their own fees and costs incurred as a result of the dismissal of these causes of action.

Dated: June 21, 2007          SUTTON HATMAKER LAW CORPORATION


By:     /s/ Laurian C. Ewbank
          LAURIAN C. EWBANK
          Attorneys for Plaintiff
          GINA JULIANO

Dated: June 21, 2007          McCORMICK, BARSTOW, SHEPPARD, WAYTE
                              & CARRUTH LLP


By:     /s/ David R. McNamara
          DAVID R. MCNAMARA
          Attorneys for Defendant
          WILKS BROADCAST-FRESNO, LLC; JEFF
          WILKS, JEFF SANDERS, KEVIN O'RORKE
          and LEE KILLIAN


## ORDER

Upon stipulation of the parties, and good cause appearing therefore, **IT IS SO ORDERED.**


IT IS SO ORDERED.

**Dated:   June 25, 2007              /s/ Anthony W. Ishii**
                              UNITED STATES DISTRICT JUDGE