| | |
|---|---|
| S. BRETT SUTTON, 143107<br>SUSAN K. HATMAKER, 172543<br>LAURIAN C. EWBANK, 240217<br>SUTTON HATMAKER LAW CORPORATION<br>6715 North Palm Avenue, Suite 214<br>Fresno, California 93704<br>Telephone: (559) 449-1888<br>Facsimile: (559) 449-0177<br><br>Attorneys for Plaintiff<br>GINA JULIANO | DAVID R. MCNAMARA, 133302<br>MCCORMICK, BARSTOW,<br>SHEPPARD, WAYTE & CARRUTH<br>LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA 93720-1501<br>Telephone: (559) 433-1300<br>Facsimile: (559) 433-2300<br><br>Attorneys for Defendant<br>WILKS BROADCAST-FRESNO, LLC, a<br>Delaware Limited Liability Company; JEFF<br>WILKS, JEFF SANDERS, KEVIN<br>O'RORKE and LEE KILLIAN |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * *

| | |
|---|---|
| GINA JULIANO, an individual, residing in California,<br><br>  Plaintiff,<br><br>  v.<br><br>WILKS BROADCASTING GROUP, LLC, a business organization, form unknown; WILKS BROADCAST-FRESNO, LLC, a Delaware limited liability company; JEFF WILKS, an individual residing in Georgia; JEFF SANDERS, an individual residing in North Carolina; KEVIN O'RORKE, an individual residing in California, LEE KILLIAN, an individual residing in California; and DOES I through 50, inclusive,<br>  Defendants., <br><br>  Defendant. | Case No. 1:07-CV-00527-AWI-SMS<br><br>**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF GINA JULIANO'S FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>FILED<br>JUL -9 2007<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

---
1
JOINT STIPULATION OF DISMISSAL OF PLAINTIFF GINA JULIANO'S FIRST
AMENDED COMPLAINT AND [PROPOSED] ORDER

JUL 6 2007

| | | |
|---|---|---|
| 1 | Dated: July 3, 2007 | SUTTON HATMAKER LAW CORPORATION |
| 2 | | |
| 3 | | By:   /s/ Laurian C. Ewbank |
| 4 | | LAURIAN C. EWBANK<br>Attorneys for Plaintiff |
| 5 | | GINA JULIANO |
| 6 | Dated: July 3, 2007 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| 7 | | |
| 8 | | |
| 9 | | By:   /s/ David R. McNamara |
| 10 | | DAVID R. MCNAMARA<br>Attorneys for Defendant |
| 11 | | WILKS BROADCAST-FRESNO, LLC; JEFF WILKS, JEFF SANDERS, KEVIN O'RORKE and LEE KILLIAN |
| 12 | | |

### [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing therefore, **IT IS SO ORDERED.**

DATED: July 5, 2007.

_____
~~SANDRA M. SNYDER~~ Anthony W. Ishii
U.S. ~~Magistrate~~ District Judge

SUTTON HATMAKER LAW CORPORATION
6715 NORTH PALM AVE
SUITE 214
FRESNO, CA 93704

2
JOINT STIPULATION OF DISMISSAL OF PLAINTIFF GINA JULIANO'S FIRST
AMENDED COMPLAINT AND [PROPOSED] ORDER